**Darlington AMADASU, MD,**
**Plaintiff–Appellant,**

v.

**Margaret ROSENBERG, MD, Neil Calman, MD, Milton A. Gumbs, MD, Miguel A. Fuentes, Jr., Duncan Quarless, Mabel Brevett, Camille Gustave, Marcy P. Schaffer, Clifford F. Zelen, Genevieve MacSteel, Bronx Lebanon Hospital Center, Institute for Urban Family Health, Inc., Wilson, Elser, Moskowitz, Edelman & Dicker, Laura**

**M. Alfredo, Erika Stein, Ricki E. Roer, Marshall, Conway & Wright, P.C., Joseph J. Andriola, Arnold I. Willence, Defendants–Appellees.**

No. 05–3613–cv.

United States Court of Appeals,
Second Circuit.

May 30, 2007.

Darlington Amadasu, pro se.

Nancy V. Wright, Ricki E. Roer, Wilson, Elser, Moskowitz, Edelman & Dicker LLP, New York, NY, for Defendants–Appellees Margaret Rosenberg, MD, Neil Calman, MD, Milton A. Gumbs, MD, Miguel A. Fuentes, Jr., Bronx Lebanon Hospital Center, Institute for Urban Family Health, Inc., Wilson, Elser, Moskowitz, Edelman & Dicker, Laura M. Alfredo, Erika Stein, and Ricki E. Roer.

Christopher Hitchcock, Ohrenstein & Brown, LLP, New York, NY, for Defendant–Appellee Clifford F. Zelen.

Lee Nuwesra, New York, NY, for Defendant–Appellee Duncan A. Quarless.

Jonathan B. Bruno, Kaufman, Borgest & Ryan, LLP, New York, NY, for Defendant–Appellee Marcy P. Schaffer.

Claudia J. Charles, Martin Clearwater & Bell LLP, New York, NY, for Defendants–Appellees Joseph J. Andriola and Marshall, Conway & Wright, P.C.

PRESENT: WALKER, JOSÉ A. CABRANES, Circuit Judges, and

RICHARD M. BERMAN District Judge.*

### SUMMARY ORDER

Plaintiff Darlington Amadasu appeals *pro se* from a judgment of April 29, 2005, entered pursuant to decisions of the District Court denying his motions for default and dismissing his amended complaint. The District Court's decisions adopted Reports and Recommendations prepared by Chief Magistrate Judge Andrew J. Peck. *See Amadasu v. Rosenberg,* No. 03 Civ. 6450, 2005 WL 954916 (S.D.N.Y. Apr.26, 2005); *Amadasu v. Rosenberg,* No. 03 Civ. 6450, 2004 WL 925811 (S.D.N.Y. Apr.30, 2004). Plaintiff's amended complaint alleged numerous violations of state and federal law arising out of his dismissal from positions at Bronx Lebanon Hospital Center and the Institute for Urban Family Health. We assume the parties' familiarity with the facts, the issues on appeal and the procedural history.

Having carefully reviewed all of plaintiff's arguments, we affirm the District Court's decisions for substantially the same reasons set forth in those decisions.

We have considered all of plaintiff's arguments on appeal and find them to be without merit. Accordingly, we hereby **AFFIRM** the judgment of the District Court.